# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMON WARREN,<br><br>             Plaintiff,<br><br>      v.<br><br>S. SHAWNEGO, et al.,<br><br>             Defendants.<br>                                                              / | CASE NO. 1:03-cv-06336-AWI-SMS PC<br><br>ORDER DENYING PREMATURE DISCOVERY MOTION<br><br>(Doc. 30) |

Plaintiff Carmon Warren, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 29, 2003. On December 13, 2010, Plaintiff filed a motion seeking the production of documents from California State Prison-Corcoran. Fed. R. Civ. P. 45.

Discovery will not commence until process is served and an answer is filed, as Plaintiff was notified in paragraph 8 of the first informational order served on December 7, 2010.[1] Accordingly, Plaintiff's motion is HEREBY DENIED as premature.

IT IS SO ORDERED.

**Dated:   December 21, 2010**              /s/ Sandra M. Snyder
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] This action was reopened on November 23, 2010, and a screening order was issued on December 9, 2010. 28 U.S.C. § 1915A.

1