# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMON WARREN, | CASE NO. 1:03-cv-06336-AWI-SKO PC |
| Plaintiff, | ORDER STRIKING SECOND AMENDED COMPLAINT |
| v. | (Doc. 67) |
| S. SHAWNEGO, | |
| Defendant. | |

Plaintiff Carmon Warren, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 29, 2003. On October 14, 2011, Plaintiff filed a second amended complaint.

At this juncture in the proceedings, Plaintiff may not amend without leave of Court. Fed. R. Civ. P. 15(a). Plaintiff's second amended complaint was not accompanied by a motion seeking leave to amend which set forth the grounds for amendment, and the pleading is HEREBY ORDERED STRICKEN from the record. Fed. R. Civ. P. 7(b), 15(a).

IT IS SO ORDERED.

Dated:   October 21, 2011              /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE