# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMON WARREN, | CASE NO. 1:03-cv-06336-AWI-SKO PC |
| Plaintiff, | ORDER STAYING ACTION PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS |
| v. | |
| S. SHAWNEGO, | (Docs. 44 and 51) |
| Defendant. | |

Plaintiff Carmon Warren, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 29, 2003. Currently pending before the Honorable Anthony W. Ishii is the undersigned's recommendation that Defendant Shawnego's motion to dismiss be granted, filed on August 12, 2011.

Subsequent filings by both parties suggest that they are actively engaged in discovery. Given that resolution of Defendant's motion to dismiss may conclude this action and render any need for discovery moot, this action is HEREBY ORDERED STAYED pending Judge Ishii's ruling on the motion to dismiss.[1]

IT IS SO ORDERED.

**Dated:  November 2, 2011**          /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Should Judge Ishii deny the motion to dismiss, an amended scheduling order will be issued by the undersigned.