1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7  CARMON WARREN,                        CASE NO. 1:03-cv-06336-AWI-SKO PC

8              Plaintiff,                ORDER STAYING ACTION PENDING
                                         RESOLUTION OF DEFENDANT'S MOTION
9       v.                               TO DISMISS

10  S. SHAWNEGO,                         (Docs. 44 and 51)

11              Defendant.
                                    /
12

13       Plaintiff Carmon Warren, a state prisoner proceeding pro se and in forma pauperis, filed this

14  civil rights action pursuant to 42 U.S.C. § 1983 on September 29, 2003.  Currently pending before

15  the Honorable Anthony W. Ishii is the undersigned's recommendation that Defendant Shawnego's

16  motion to dismiss be granted, filed on August 12, 2011.

17       Subsequent filings by both parties suggest that they are actively engaged in discovery.  Given

18  that resolution of Defendant's motion to dismiss may conclude this action and render any need for

19  discovery moot, this action is HEREBY ORDERED STAYED pending Judge Ishii's ruling on the

20  motion to dismiss.[1]

21

22  IT IS SO ORDERED.

23  **Dated:    November 2, 2011            /s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

24

25

26

27       [1] Should Judge Ishii deny the motion to dismiss, an amended scheduling order will be issued by the
    undersigned.

28

1