1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
CARMON WARREN,                          CASE NO. 1:03-cv-06336-AWI-SKO PC

10
                        Plaintiff,      ORDER STRIKING UNSIGNED REPLY AND
                                        GRANTING PLAINTIFF THIRTY DAYS TO
11
        v.                              FILE SIGNED REPLY

12
S. SHAWNEGO,                            (Doc. 76)

13
                        Defendant.

14
_____/

15
        Plaintiff Carmon Warren, a state prisoner proceeding pro se and in forma pauperis, filed this

16
civil rights action pursuant to 42 U.S.C. § 1983 on September 29, 2003.  On February 27, 2013,

17
Plaintiff filed a motion seeking relief from judgment.  Fed. R. Civ. P. 60.  Defendant filed an

18
opposition on March 13, 2013, and Plaintiff filed a reply on April 8, 2013.  However, Plaintiff

19
neglected to sign his reply and the Court cannot consider unsigned documents. Fed. R. Civ. P. 11(a);

20
Local Rule 131.

21
        Accordingly, Plaintiff's unsigned reply is ORDERED STRICKEN from the record and

22
Plaintiff has **thirty (30) days** from the date of service of this order to file a signed reply.

23

24
IT IS SO ORDERED.

25
**Dated:   April 9, 2013**                    _____/s/ Sheila K. Oberto_____
                                        UNITED STATES MAGISTRATE JUDGE
26

27

28