# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMON WARREN, | CASE NO. 1:03-cv-06336-AWI-SKO PC |
| Plaintiff, | ORDER STRIKING UNSIGNED REPLY AND GRANTING PLAINTIFF THIRTY DAYS TO FILE SIGNED REPLY |
| v. | |
| S. SHAWNEGO, | (Doc. 76) |
| Defendant. | |

_____/

Plaintiff Carmon Warren, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 29, 2003. On February 27, 2013, Plaintiff filed a motion seeking relief from judgment. Fed. R. Civ. P. 60. Defendant filed an opposition on March 13, 2013, and Plaintiff filed a reply on April 8, 2013. However, Plaintiff neglected to sign his reply and the Court cannot consider unsigned documents. Fed. R. Civ. P. 11(a); Local Rule 131.

Accordingly, Plaintiff's unsigned reply is ORDERED STRICKEN from the record and Plaintiff has **thirty (30) days** from the date of service of this order to file a signed reply.

IT IS SO ORDERED.

**Dated:    April 9, 2013**          _____/s/ Sheila K. Oberto_____
                                      UNITED STATES MAGISTRATE JUDGE