1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMON WARREN, | Case No.  1:03-cv-06336-AWI-SKO PC |
| Plaintiff, | ORDER (1) DIRECTING CLERK'S OFFICE TO CHANGE ADDRESS OF RECORD TO CSP-CALIPATRIA, AND PROVIDE COURTESY COPIES OF DOCKET AND ORDER #80, AND (2) DENYING MOTION FOR COUNSEL |
| v. | |
| S. SHAWNEGO, | |
| Defendant. | (Doc. 81) |

On June 13, 2013, Plaintiff Carmon Warren, a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983, filed a motion seeking the appointment of counsel.  As an initial matter, the Court notes that the address listed on the filing is California State Prison-Calipatria.  It is unclear when Plaintiff left Kern Valley State Prison, as he did not file a notice of change of address, but based on a review of the docket, it appears he has been there for at least four months.  Plaintiff is obligated to file a notice of change of address and absent a notice, service at his address of record is deemed effective.   Local Rule 182(f). Nevertheless, as a courtesy the Court will provide Plaintiff with a copy of the docket and the most recent order.

With respect to Plaintiff's motion for the appointment of counsel, this action was dismissed on November 9, 2011, and it remains closed.  There are no exceptional circumstances

///

1

supporting the appointment of counsel given the closure of this case more than eighteen months ago. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).

Accordingly, it is HEREBY ORDERED that:

1.  The Clerk's Office shall change Plaintiff's address of record to CSP-Calipatria, and provide him with courtesy copies of the docket and order #80; and

2.  Plaintiff's motion for the appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated:   **June 24, 2013**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE

2